AO 440 (Rev. 8 01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia

Franklin Schneider and Mabel Schneider,
Husband and Wife

V.

United States of America

**SUMMONS IN A CIVIL ACTION**

CASE Case: 1:07-cv-00806
Assigned To : Kennedy, Henry H.
Assign. Date : 5/2/2007
Description: Pro Se Gen. Civil

**RECEIVED**
AUG 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ _PRO SE_ (name and address)

Franklin D. Schneider
Mabel A. Schneider
19335 Road T=5
Paradox, Colorado 81429

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAY - 2 2007
_____  _____
CLERK                              DATE

_[signature]_
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8-1-07 |
| NAME OF SERVER (PRINT) PATRICIA MANN | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): CERTIFIED MAIL # 7005 1820 0003 2554 1919

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES USPS | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-1-07
             Date

Signature of Server: *Patricia Mann*

Address of Server: Box 344 - Paradox Co. 81429

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0004 1903 5959**
Status: **Delivered**

Your item was delivered at 10:53 AM on July 25, 2007 in WASHINGTON, DC 20530.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )     ( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7005 1820 0004 1903 5959

| | |
|---|---|
| Postage | $ 1.14 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.79 |

Postmark: PARADOX, CO 81429-9998, JUL 9 2007, USPS

Sent To: ALBERTO GONZALES
Street, Apt. No.; or PO Box No.: US ATTN GEN.
City, State, ZIP+4: 950 PENNSY AVE WASH DC 20530

PS Form 3800, June 2002          See Reverse for Instructions

AO 440 (Rev. 8 01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia _____

Lester R. Ramer, and
Mary L. Ramer, Husband and Wife

V.

United States of America

**SUMMONS IN A CIVIL ACTION**

CASI

Case: 1:07-cv-00806
Assigned To : Kennedy, Henry H.
Assign. Date : 5/2/2007
Description: Pro Se Gen. Civil

**RECEIVED**
AUG 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: (Name and address of Defendant)

Andrew Taylor,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530
Attention: Civil Process Clerk

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ *pro se* (name and address)

Franklin D. Schneider
Mabel A. Schneider
19335 Road T=5
Paradox, Colorado 81429

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                MAY - 2 2007
_____      _____
CLERK                                  DATE

_____
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8-1-07 |
| NAME OF SERVER (PRINT) PATRICIA MANN | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): CERTIFIED MAIL #7005 1820 0003 2554 1919

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES USPS | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-1-07
              Date

Signature of Server: *Patricia Mann*

Address of Server: Box 354 Paradox Co 81428

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Track & Confirm                                                                    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0004 1903 5942**
Status: **Delivered**

Your item was delivered at 10:53 AM on July 25, 2007 in WASHINGTON, DC 20530.

**Track & Confirm**
Enter Label/Receipt Number.

[ Additional Details > ]  [ Return to USPS.com Home > ]                            [ Go > ]

## Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  [ Go > ]

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

7005 1820 0004 1903 5942

| | |
|---|---|
| Postage | $ 1.14 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.79 |

Postmark: PARADOX, CO 81429-9998, JUL 19

Sent To: ANDREW TAYLOR
Street, Apt. No.; or PO Box No.: US ATTN. DC.
City, State, ZIP+4: 555 4TH ST WASHINGTON DC 20530

PS Form 3800, June 2002                See Reverse for Instructions