IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRANKLIN SCHNEIDER, et al., )
)
    Plaintiffs, ) No. 1:07-cv-00805 (HHK)
)
v. )
)
UNITED STATES, )
)
    Defendant.

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendant in the above-captioned proceeding.

DATED: October 22, 2007.

                                            Respectfully submitted,

                                            /s/ Beatriz T. Saiz
                                            BEATRIZ T. SAIZ
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            P.O. Box 227
                                            Ben Franklin Station
                                            Washington, DC 20044
                                            Phone/Fax: (202) 307-6585/514-6866
                                            Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on October 22, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Franklin Schneider
> Mabel Schneider
> 19335 Road T=5
> Paradox, Colorado 81429

> /s/ Beatriz T. Saiz
> BEATRIZ T. SAIZ