UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANKLIN D. SCHNEIDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action 07-00806 (HHK) |

ORDER

Before the court is defendant United States of America's motion to dismiss, filed October 22, 2007 [#5]. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. Plaintiffs are also referred to LCvR 7(b) which provides that a party has eleven days within which to respond to a motion. Otherwise, under certain circumstances, the court may treat the motion as conceded.

Accordingly, it is by the court this 26th day of October, 2007, hereby

**ORDERED** that plaintiffs file an opposition to defendant's motion on or before November 22, 2007. If plaintiffs fail to file a response or opposition to defendant's motion by this deadline, the court may dismiss their claims against defendant.

Henry H. Kennedy, Jr.<br>United States District Judge