UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANKLIN D. SCHNEIDER<br><br>and<br><br>MABEL A. SCHNEIDER,<br><br>           Plaintiffs,<br><br>           v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Civil Action 07-00806 (HHK) |

**ORDER**

Defendant United States of America filed a motion to dismiss plaintiffs' complaint on October 22, 2007 [#5].  On October 26, 2007, the court advised plaintiffs of the consequences of failing to respond to a dispositive motion, pursuant to the mandate of *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988).  In that order, the court advised plaintiffs that "[i]f plaintiffs fail to file a response or opposition to defendant's motion by [November 22, 2007], the court may dismiss their claims against defendant."  Plaintiffs did not respond.  Therefore, defendant's motion is deemed conceded pursuant to Local Rule 7.1(b).

Accordingly, it is by the court this 27th day of June 2008, hereby

**ORDERED** that plaintiffs' complaint is **DISMISSED**.

                                        Henry H. Kennedy, Jr.
                                        United States District Judge